Kelly A. Evans, Nevada Bar No. 7691
Jay J. Schuttert, Nevada Bar No. 8656
Joshua D. Cools, Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kevans@swlaw.com
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Phyllis A. Jones (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: pajones@cov.com
Email: mimbroscio@cov.com

Attorneys for Defendant
ELI LILLY AND COMPANY

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT R. GENTRY,<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | CASE NO. 2:15-cv-00023-RCJ-CWH<br><br>**JOINT NOTICE OF SETTLEMENT** |

    PLEASE TAKE NOTICE that Plaintiff Robert R. Gentry and Defendant Eli Lilly and Company have reached a tentative settlement, of the above matter in its entirety. The parties are in the process of obtaining conditional payment information from Medicare.

///

///

///

A stipulation for dismissal with prejudice will be filed once the parties finalize the necessary settlement documents.

DATED this 28th day of July, 2015.

SNELL & WILMER L.L.P.

By: /s/ Kelly A. Evans
Kelly A. Evans
Nevada Bar No. 7691
Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Phyllis A. Jones (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Attorneys for Defendant
ELI LILLY AND COMPANY

DATED this 28th day of July, 2015.

LYNCH LAW PRACTICE, PLLC

By: /s/ Michael F. Lynch
Michael F. Lynch
Nevada Bar No. 8555
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

Attorneys for Plaintiff
ROBERT R. GENTRY

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

Michael F. Lynch, Esq.
Nevada Bar No. 8555
LYNCH LAW PRACTICE, PLLC
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 684-6000
Facsimile: (702) 543-3279
Email: Michael@LynchLawPractice.com
Attorneys for Plaintiff
ROBERT R. GENTRY

DATED this 28th day of July, 2015.

_____
An Employee of Snell & Wilmer L.L.P.

22149092