# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT R. GENTRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELI LILLY AND COMPANY, an Indiana coporation,<br><br>　　　　Defendant. | Case No.:　2:15-CV-00023-RCJ-CWH<br><br>**ORDER** |

**ORDER IN CHAMBERS**

　On July 28, 2015 a Joint Notice of Settlement (ECF #17) was filed in this action.  Accordingly,

　IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M.  Monday, December 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

　IT IS SO ORDERED this 21st day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge