Kelly A. Evans, Nevada Bar No. 7691
Jay J. Schuttert, Nevada Bar No. 8656
Joshua D. Cools, Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: kevans@swlaw.com
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Phyllis A. Jones (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile:  (202) 662-6291
Email: pajones@cov.com
Email: mimbroscio@cov.com

Attorneys for Defendant
ELI LILLY AND COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT R. GENTRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | CASE NO. 2:15-cv-00023-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROBERT R. GENTRY and Defendant ELI LILLY AND COMPANY, by and through their respective counsel

/ / /

/ / /

/ / /

/ / /

of record, that the above matter be dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 17th day of November, 2015.　　　DATED this 17 day of November, 2015.

SNELL & WILMER L.L.P.　　　LYNCH LAW PRACTICE, PLLC

By: _____　　　By: _____
Kelly A. Evans, Nevada Bar No. 7691　　　Michael F. Lynch
Jay J. Schuttert, Nevada Bar No. 8656　　　Nevada Bar No. 8555
Joshua D. Cools, Nevada Bar No. 11941　　　3613 S. Eastern Ave.
3883 Howard Hughes Pkwy., Ste. 1100　　　Las Vegas, NV 89169
Las Vegas, NV 89169

Attorneys for Plaintiff
Phyllis A. Jones (*pro hac vice*)　　　ROBERT R. GENTRY
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Attorneys for Defendant
ELI LILLY AND COMPANY

## ORDER

IT IS SO ORDERED.

Dated this 20th day of November, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Kelly A. Evans, Nevada Bar No. 7691
Jay J. Schuttert, Nevada Bar No. 8656
Joshua D. Cools, Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Phyllis A. Jones (*pro hac vice*)
Michael X. Imbroscio (*pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Attorneys for Defendant
ELI LILLY AND COMPANY
22894355